UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEAN ALAN O'BRIEN,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>LELAND MCEWEN, Warden, Calipatria State Prison,<br><br>        Respondent - Appellee. | No. 20-16970<br><br>D.C. No. 2:10-cv-02472-MCE-CKD<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered February 16, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7